# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SERGIO TAPIA

VERSUS

ST. TAMMANY PARISH HOSPITAL,
AND ITS ADMINISTRATORS,
AGENTS, EMPLOYEES AND STAFF,
AND MARK DOMINGUEZ, M.D.

NO. 2019 CW 0609

**NOV 2 5 2019**

In Re:   St. Tammany Parish Hospital, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2017-14995.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT GRANTED.** The plaintiff's claims that the relator, St.
Tammany Parish Hospital, failed to take action to prevent Dr.
Mark Dominguez from operating on hospital patients involves the
relator's "training and supervision of health care providers"
and therefore those claims sound in medical malpractice. See
**Matranga v. Par. Anesthesia of Jefferson, LLC**, 2017-73 (La. App.
5th Cir. 8/29/18), 254 So.3d 1238, writ denied, 2018-1561 (La.
2/18/19), 265 So.3d 772. Furthermore, even considering the
plaintiff's allegation that the relator "failed to establish by-
law and rules regarding the credentialing of physicians, and/or
failed to follow the rules of by-laws in place," this case
contains mixed allegations of negligent credentialing and
negligent supervision, and the plaintiff was therefore required
to submit his claims to a medical review panel prior to filing
suit. See **Billeaudeau v. Opelousas Gen. Hosp. Auth.**, 2016-0846
(La. 10/19/16), 218 So.3d 513, 519 n. 9 (citing **Plaisance v. Our
Lady of Lourdes Reg'l Med. Ctr., Inc.**, 2010-348 (La. App. 3d
Cir. 10/6/10), 47 So.3d 17, 21, writ denied, 2010-2520 (La.
1/14/11), 52 So.3d 904). The trial court's February 19, 2019
judgment is reversed, the relator's exception of prematurity is
granted, and the plaintiff's action against the relator is
dismissed without prejudice.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT